| | |
|---|---|
| 1 | CHUNG H. HAN (State Bar No. 191757) |
|   | **PERKINS COIE LLP** |
| 2 | 1620 26th Street, Sixth Floor |
| 3 | Santa Monica, California 90404-4013 |
|   | Telephone: (310) 788-9900 / Fax: (310) 788-3399 |
| 4 | |
| 5 | STEVE Y. KOH (Admitted *Pro Hac Vice*) |
|   | **PERKINS COIE LLP** |
| 6 | 1201 Third Avenue, 48th Floor |
|   | Seattle, Washington 98101 |
| 7 | Telephone: (206) 359-8000 / Fax: (206) 359-9000 |
| 8 | |
| 9 | Attorneys for Defendant |
|   | THE BOEING COMPANY |

**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARRELL FRIEDLAND, | CASE NO. C 04 0410 VRW |
| Plaintiff, | STIPULATION TO DISMISS; [PROPOSED] ORDER THEREON |
| v. | |
| AMERICA WEST AIRLINES, INC., a corporation, and THE BOEING COMPANY, a corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

[LA041800.080]

*Case No. C 04 0410 VRW*
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

1  This stipulation is entered into by and between plaintiff Farrell Friedland, by and
2  through her counsel of record O'Reilly, Collins & Danko; and defendant The Boeing
3  Company ("Boeing"), by and through its counsel of record Perkins Coie LLP, to dismiss
4  plaintiff's action with prejudice, with each party to bear its own costs.

5  **STIPULATED AND AGREED TO:**

6  DATED: June __, 2004                O'REILLY, COLLINS & DANKO

8                                       By: _____
                                         Stephen J. Purtill, Esq.
9                                        Attorneys for Plaintiff
                                         FARRELL FRIEDLAND

12  DATED: June __, 2004               PERKINS COIE LLP

13                                      By: _____
14                                       Chung H. Han, Esq.
                                         Attorneys for Defendant
15                                       THE BOEING COMPANY

17                                    **ORDER**

18  IT IS SO ORDERED that plaintiff's claims against The Boeing Company are
19  dismissed with prejudice, with each party to bear its own costs.

21  Dated: 26 JUL 2005, 2004            _____
22                                       The Honorable Vaughn R. Walker
                                         Judge of the United States District Court

[LA041600.040]

2                                                        Case No. C 04 0410 VRW
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL